United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 28, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20872
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATHANIEL CHERRY, also known as Bubba,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-843-2
--------------------

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Nathaniel Cherry ("Cherry") has

requested leave to withdraw from this appeal and has filed a

brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).

Cherry has received a copy of counsel's motion and brief but has

not filed a response.  Our independent review of the brief and

the record discloses no nonfrivolous issues for appeal.

Counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities, and the appeal is

DISMISSED.  See 5TH CIR. R. 42.2.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.